# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### DOCUMENT LOCATOR

Case Number: __C11-0441 SBA__

Date Filed: __1/31/11__

DOCUMENT NUMBER: __3__

Reporter's Transcript: _____
Trial Exhibits: _____
Sealed Documents: __X__
Other: _____

LOCATION:

Expando File: _____
Oversize Shelf: _____
Vault: __X__